Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATASHA OAKLEY,<br><br>    Defendant. | No. CR 20-132 RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

Defendant's Motion to Continue Trial Date came on regularly for hearing, and, the Court being fully advised, grants the motion (Dkt. #36) and further finds that, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(iv), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial, for the reasons outlined in defendant's motion. Specifically, it appears to the Court that the failure to grant a trial continuance would effectively deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

ORDER GRANTING DEFENDANT'S MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE – 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142

IT IS THEREFORE ORDERED that the trial is continued to **March 29, 2021**. All pretrial motions, including motions in limine, shall be filed no later than **February 18, 2021**.

IT IS FURTHER ORDERED that the period of delay from the filing of this order to the new trial date of March 29, 2021, is excludable time pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, Title 18 United States Code, Sections 3161 through 3174.

DATED this 23rd day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE – 2

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142