UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>NATASHA OAKLEY,<br><br>                    Defendant. | CASE NO. 20-132-RAJ<br><br>**ORDER DETAINING DEFENDANT** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a drug trafficking offense that carries a presumption of detention and attempting to introduce contraband to an inmate at the Federal Detention Center. Defendant's criminal history goes back some twenty years. She has a federal conviction for Conspiracy to Acquire or Obtain a Controlled Substance by Deception and performed poorly on supervision. Defendant has significant substance abuse problems and despite attempts to treat has continued allegedly with engaging in criminal conduct. Defendant needs intensive inpatient drug treatment which is not yet available and also needs an appropriate release plan following any inpatient treatment. Defendant shall be detained but is given leave to petition the court to

ORDER DETAINING DEFENDANT - 1

reopen once treatment is actually set and an appropriate post- inpatient treatment plan is established.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 30th day of October, 2020

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge