The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-132 RAJ |
|---|---|
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| NATASHA OAKLEY, | |
| Defendant. | |

Upon the unopposed motion of the United States, and the Court being advised as to the nature of this case, it is hereby:

ORDERED that pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure, counsel of record for DEFENDANT shall not provide DEFENDANT or any other person with copies of, or allow the review of, any discovery material produced by the government which contains:

(a) personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, current address, telephone number, email address, driver's license number, professional license number, or family members' names ("Personal Information") unless it belongs to the individual defendant;

PROTECTIVE ORDER - 1
United States v. Oakley, CR20-132 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(b) financial information of any individual (other than the defendant) or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account balances, account statements, or taxpayer identification numbers ("Financial Information") unless it belongs to the defendant; or

(c) sensitive information regarding the operation of the FDC, including without limitation, surveillance footage from the facility.

Notwithstanding the foregoing, defense counsel may provide discovery to defendant if:

(a) The defense team first redacts the material described above from the discovery material; or

(b) The defense team personally supervises defendant's review of the unredacted material. In such cases, defendant shall not be permitted to make any notes or other record of Personal Information or Financial Information.

IT IS FURTHER ORDERED that, subject to the restrictions above, neither defense counsel nor defendant shall provide any unredacted discovery material produced by the government to any person without the government's express written permission, except that defense counsel may provide discovery material to those persons who are necessary to assist counsel of record in preparation for trial or other proceedings and who agree to be bound by the terms of this Protective Order.

DATED this 19th day of November, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

PROTECTIVE ORDER - 2
United States v. Oakley, CR20-132 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970